IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

**FILED IN DISTRICT COURT**
**OKLAHOMA COUNTY**

**MAY 1 0 2024**

**RICK WARREN**
**COURT CLERK**
**97**

OKLAHOMA CITY ** GREATER MT. LEBANON BAPTIST CHURCH, INC.,

Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, and OHIO SECURITY INSURANCE COMPANY,

Defendants.

Case No: CJ-2024-2947

**JURY TRIAL DEMANDED**
**ATTORNEY LIEN CLAIMED**

## DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiff, Oklahoma City ** Greater Mt. Lebanon Baptist Church, by and through its counsel of record, and dismisses the above-captioned action without prejudice to the refiling of the same.

MANSELL & ENGEL

By: _____
Adam Engel, OBA #32384
Jonathan R. Ortwein, OBA #32092
North Robinson, 21st Floor
Oklahoma City, OK 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
E-mail: aengel@meclaw.net
        jortwein@meclaw.net
**ATTORNEYS FOR PLAINTIFFS**

**EXHIBIT 4**